DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

22 SEPTEMBER 2016

| 088P15-3 | State v. Mason W. Hyde | 1. Def's *Pro Se* Motion for Notice in Advance | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for Notice of Request for Assistance | 2. Dismissed |
| | | 3. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 3. Denied **07/05/2016** |
| | | 4. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-1260) | 4. Denied |
| | | 5. Def's *Pro Se* Motion to Show Cause | 5. Dismissed **07/19/2016** |
| | | 6. Def's *Pro Se* Motion to Allow Applicant the Opportunity to Correct/ Amend Any Defects, Errors, Flaws in the Application | 6. Dismissed as moot **07/19/2016** **Ervin, J., recused** |
| 102P16 | Kenneth C. Adams v. The City of Raleigh | Plt's PDR Under N.C.G.S. § 7A-31 (COA15-782) | Denied |
| 119P16 | Freddie Wayne Huff, II v. N.C. Department of Public Safety | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA15-703) | Denied |
| 131P01-13 | State v. Anthony Dove | 1. Def's *Pro Se* Petition for *Writ of Mandamus* | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for Impartial Jurist | 2. Dismissed **Ervin, J., recused** |
| 131P16-2 | Somchoi Noonsab v. State of North Carolina Judge Paul Gessner | Petitioner's *Pro Se* Motion to Dismiss | Dismissed |
| 141P16 | Christenbury Eye Center, P.A. v. Medflow, Inc. and Dominic James Riggi | 1. Plt's Petition for *Writ of Certiorari* to Review Order of Superior Court, Mecklenburg County | 1. Allowed |
| | | 2. Plt's Petition in the Alternative for Discretionary Review Under N.C.G.S. § 7A-31 (COA15-1120) | 2. Dismissed as moot |